

# NUMBER 13-19-00499-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ANDREW CONTRERAS AND
MARTHA ANN CONTRERAS,                                    Appellants,

## v.

DREAM HOME RENOVATORS, LLC,                              Appellee.

---

**On appeal from County Court at Law
No. 10 of Bexar County, Texas.**

---

# ORDER OF ABATEMENT

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This cause is before the Court due to appellants failure to arrange with the trial court reporter to timely file the reporter's record. The reporter's record in this cause was originally due to be filed on October 29, 2019. This Court notified appellants of the untimely record, by letter on December 4, 2019. Additionally, appellants have failed to

timely file a docketing statement.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine whether appellants have abandoned their appeal. If it is determined that appellants have not abandoned his appeal, the court shall further determine if appellants' attorney of record continues to represent appellants and will diligently pursue this appeal.

The court shall further determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(f), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of February, 2020.

2